No. 95–1376. ROBINSON *v.* SHELL OIL CO. C. A. 4th Cir. [Certiorari granted, 517 U. S. 1154.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 95–974. ARIZONANS FOR OFFICIAL ENGLISH ET AL. *v.* ARIZONA ET AL. C. A. 9th Cir. [Certiorari granted, 517 U. S. 1102.] Motion of respondent Maria-Kelly Yniguez for divided argument denied. Motion of respondent Arizona for divided argument denied.

No. 95–1184. GLICKMAN, SECRETARY OF AGRICULTURE *v.* WILEMAN BROTHERS & ELLIOTT, INC., ET AL. C. A. 9th Cir. [Certiorari granted, 517 U. S. 1232.] Motions of National Association of State Departments of Agriculture et al., Washington Apple Commission et al., and American Federation of Labor and Congress of Industrial Organizations for leave to file briefs as *amici curiae* granted.

No. 95–1402. COMMISSIONER OF INTERNAL REVENUE *v.* ESTATE OF HUBERT, DECEASED, C & S SOVRAN TRUST CO. (GEORGIA) N. A., CO-EXECUTOR. C. A. 11th Cir. [Certiorari granted, 517 U. S. 1166.] Motion of American College of Trust and Estate Counsel for leave to file a brief as *amicus curiae* granted.

No. 95–1425. ABRAMS ET AL. *v.* JOHNSON ET AL.; and
No. 95–1460. UNITED STATES *v.* JOHNSON ET AL. D. C. S. D. Ga. [Probable jurisdiction noted, 517 U. S. 1207.] Motion of Pacific Legal Foundation for leave to file a brief as *amicus curiae* granted.

No. 95–1717. UNITED STATES *v.* LANIER. C. A. 6th Cir. [Certiorari granted, *ante,* p. 1004.] Motions of American Civil Liberties Union et al., NOW Legal Defense and Education Fund et al., Southern Poverty Law Center et al., and Vivian Forsythe-Archie et al. for leave to file briefs as *amici curiae* granted.